UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALSIS JONES, )
 )
    Plaintiff, )
 )
v. ) Civ. Action No. 1:15-cv-01240 (GMH)
 )
PRAMOTE CHANGSILA, et al., )
 )
    Defendants. )
_____ )

**ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR APPROVAL
OF FLSA SETTLEMENT AND TO ENTER AN ORDER OF DISMISSAL
PURSUANT TO RULE 41(a)(2)**

In consideration of Plaintiff's Consent Motion for Approval of FLSA Settlement and to Enter an Order of Dismissal Pursuant to Rule 41(a)(2), the settlement term sheet executed by the parties during their mediation on March 8, 2018, and finding good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Consent Approval Motion is **GRANTED**;

2. The Court finds that the Parties' settlement in this action is a fair, reasonable and just resolution of a *bona fide* dispute involving claims under the Fair Labor Standards Act; and

3. The Court hereby **DISMISSES** this action with prejudice, and hereby dismisses all claims set forth in the Amended Complaint [Doc. 14] on the merits and with prejudice and without costs to any of the Parties as against any other settling Party, except as provided in the Settlement Agreement.

SO ORDERED.

Date: 5/17/18

G. MICHAEL HARVEY
United States Magistrate Judge